No. 88–1795.   AHMAD ET AL. *v.* RAYNOR, ADMINISTRATOR, MARYLAND STATE ADMINISTRATIVE BOARD OF ELECTION LAWS. C. A. 4th Cir.   Certiorari denied.

No. 88–1809.   VADEN *v.* ALASKA.   Sup. Ct. Alaska.   Certiorari denied.

No. 88–1811.   MAJOR *v.* PENNWELL PUBLISHING CO.   C. A. 10th Cir.   Certiorari denied.

No. 88–1812.   DENNARD *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 88–1822.   OATES ET AL. *v.* OATES ET AL.   C. A. 6th Cir. Certiorari denied.

No. 88–1827.   BONSER ET AL. *v.* TOWN OF NOTTINGHAM, NEW HAMPSHIRE.   Sup. Ct. N. H.   Certiorari denied.

No. 88–1831.   HOWARD, AKA BEY *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 88–1834.   PENNZOIL CO. ET AL. *v.* KESTENBAUM.   Sup. Ct. N. M.   Certiorari denied.

No. 88–1836.   HENRY *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 88–1838.   KELLERMAN *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 88–1839.   ROMAN *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 88–1843.   ROGGIO *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–1846.   DELGEORGE *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 88–1856.   LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT *v.* NICK MARTINOLICH, INC., ET AL.   Ct. App. La., 1st Cir.   Certiorari denied.